

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00150-CV

| | | |
|---|---|---|
| SAGORA SENIOR LIVING, INC., WTCG GRANBURY CAMPUS, LLC D/B/A WATERVIEW - THE COVE, AND WATERVIEW THE COVE ASSISTED LIVING AND MEMORY CARE, Appellants | § § § | On Appeal from the 355th District Court of Hood County (C2023334) |
| V. | § | September 11, 2025 |
| ANDREA WOOD AND JAMIE JACKSON, Appellees | § | Memorandum Opinion by Justice Wallach |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Sagora Senior Living, Inc., WTCG Granbury Campus, LLC d/b/a Waterview – The Cove, and Waterview The Cove

Assisted Living and Memory Care shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach